**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:16-MJ-115 SAB |
| **JUAN MIGUEL GONZALEZ** | |
| Defendant. | |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee:    Juan Gonzalez

Detained at    Wasco State Prison

Detainee is:    a.)    ☐ charged in this district by:    ☐ Indictment   ☐ Information  ☒ Complaint
charging detainee with:    18/922(g)(1); Felon in Possession of a Firearm

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings

or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] or [on DATE AND TIME] in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ KIMBERLY A. SANCHEZ |
| Printed Name & Phone No: | Kimberly A. Sanchez; 559/497-4038 |
| Attorney of Record for: | United States of America |

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    January 13, 2017

/s/ *Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male   ☐Female | |
| Booking or CDC #: | BB9400 | DOB: | 08/21/ 1976 |
| Facility Address: | 701 Scofield, Wasco, CA | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____    _____
(signature)